STATE OF NEW JERSEY v. ERNEST J. CUTLER.

July 21, 1982.

Petition for certification denied.

WINE & LIQUOR SALESMEN OF THE STATE OF NEW JERSEY, LOCAL # 19 v. JOSEPH H. LERNER, DIRECTOR, DIVISION OF ALCOHOLIC BEVERAGE CONTROL.

July 21, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. LUIS DIAZ.

July 21, 1982.

Petition for certification denied.

WILLIAM E. MEYER v. BOROUGH OF TINTON FALLS PLANNING BOARD.

July 21, 1982.

Certification granted, the judgment of the Appellate Division is summarily reversed and the matter is remanded to that Court for consideration of the appeal on the merits; and it is further ORDERED that appellant shall file his brief and appendix with the Appellate Division within one week of the filing date of this Order.